# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** OPEIU Local 600 v. Sheehy      **Case/AP Number** 11-01167 **-FJB**
**Chapter**

#8 Motion filed by Plaintiff OPEIU Local 600 to Extend Extend Deadlines for Pre Trial Order

**COURT ACTION:**

_____Hearing held
_____Granted     _____Approved     _____Moot
_____Denied     _____Denied without prejudice     _____Withdrawn in open court
_____Overruled     _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: the deadlines are extended as proposed. The Joint Pretrial Memorandum shall be due on January 6, 2012.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 07/17/2011

Frank J. Bailey
United States Bankruptcy Judge