**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

**In Re:** OPEIU Local 600 v. Sheehy

**Case/AP Number** 11-01167 -FJB
**Chapter**

#11   Motion filed by Plaintiff OPEIU Local 600 to Extend Extend Deadline For Pre-Trial Order

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice      _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the date for a continued Rule 26(f) conference between the parties is extended to October 25, 2011; and the date for a written report to the Court regarding compliance with Rule 26(a)(1) and (2) is extended to November 11, 2011.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____Dated: 10/04/2011
Frank J. Bailey
United States Bankruptcy Judge