United States Bankruptcy Court
District of Massachusetts

OPEIU Local 600,
    Plaintiff

Sheehy,
    Defendant

Adv. Proc. No. 11-01167-fjb

## CERTIFICATE OF NOTICE

District/off: 0101-1      User: amoody      Page 1 of 1      Date Rcvd: Oct 04, 2011
                           Form ID: pdf012     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2011.
aty      +Gary W. Cruickshank,   Law Office of Gary W. Cruickshank,   21 Custom House Street,   Suite 920,    Boston, MA 02110-3525
aty      +Howard Lenow,   lenow & mccarthy,   13 pelham island road,   Wayland, MA 01778-1810
dft      +Brian C. Sheehy,   25 Fairmount Way,   Quincy, MA 02169-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust      +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 05 2011 01:20:46   John Fitzgerald,    Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,   5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3934
                                                                                                                                                                                                                                                       TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2011**                            **Signature:** _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: OPEIU Local 600 v. Sheehy      Case/AP Number 11-01167 -FJB
Chapter

#11   Motion filed by Plaintiff OPEIU Local 600 to Extend Extend Deadline For Pre-Trial Order

**COURT ACTION:**

_____Hearing held
_____Granted    _____Approved    _____Moot
_____Denied    _____Denied without prejudice    _____Withdrawn in open court
_____Overruled    _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by _____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: the date for a continued Rule 26(f) conference between the parties is extended to October 25, 2011; and the date for a written report to the Court regarding compliance with Rule 26(a)(1) and (2) is extended to November 11, 2011.

IT IS SO ORDERED:

_____   Dated: 10/04/2011
Frank J. Bailey
United States Bankruptcy Judge